

**UNITED STATES DISTRICT COURT**
District of New Mexico
333 Lomas Blvd. NW, Suite 680
Albuquerque, New Mexico  87102

Chambers of
**LAURA FASHING**
United States Magistrate Judge

Tel: (505) 348-2360
Fax: (505) 348-2365

August 22, 2017

*Via CM/ECF (email)*

Robert J. Gorence
Louren M. Oliveros
Gorence & Oliveros PC
300 Central Ave. SW, Suite 1000E
Albuquerque, NM  87102
gorence@golaw.us
oliveros@golaw.us

Jessica Lynn Nixon
Office of the City Attorney
P.O. Box 2248
Albuquerque, NM  87103
jnixon@cabq.gov

Jonlyn M Martinez
Law Firm of Jonlyn M. Martinez
P O Box 1805
105 14th St. SW
Albuquerque, NM 87103-1805
jonlyn@jmartinezlaw.net

David Anthony Roman
Robles Rael & Anaya PC
500 Marquette Ave. NW, #700
Albuquerque, NM 87102
droman@roblesrael.com

Re:  *Howard v. City of Albuquerque, 17-cv-00855-SMV-LF*

Dear Counsel:

I am writing to you to let you know that my eleven-year-old daughter is good friends with Mr. Gorence and Ms. Oliveros's daughter of the same age.  They went to elementary school together, have attended each other's birthday parties, and have spent the night at each other's homes. They also attended a couple of camps together this summer.  I and my husband regularly interact with Ms. Oliveros, and less often with Mr. Gorence, to coordinate activities between the two girls.  My husband and I don't socialize with Ms. Oliveros and Mr. Gorence outside of these interactions, although we certainly are friendly with each other.  I also know Mr. Gorence from working with him for many years at the U.S. Attorney's Office, but we have not socialized since he left the U.S. Attorney's Office in about 2001.

Counsel of Record
August 22, 2017
Page 2

I have reviewed the Judicial Code of Conduct, and I do not believe my relationship with Mr.
Gorence and Ms. Oliveros requires me to recuse myself.  I believe that I can continue to be fair
and impartial.  If, however, anyone prefers that I not continue to act as the referral judge in this
case, please call Matthew J. Dykman, the Clerk of the Court, at (505) 348-2001, and the case will
be transferred to another magistrate judge to act as the referral judge.  I have requested that Mr.
Dykman and his staff not disclose to me or my chambers the identity of anyone who calls to
request my recusal.  If you wish to request my recusal, please do so no later than August 31,
2017.

Thank you very much for your attention to this matter.

                                            Very truly yours,

                                            Laura Fashing
                                            United States Magistrate Judge

cc:  Matthew J. Dykman