IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**TERRICIA A. STEVENSON,**
**as Guardian and Conservator for**
**MAJESTIC HOWARD et al,**

      **Plaintiff,**

VS.                                                   No. 17-cv-855-JB-LF

**CITY OF ALBUQUERQUE et. al.,**

      **Defendants.**

## JOINT MOTION TO DISMISS PLAINTIFF'S COMPLAINT WITH PREJUDICE

**COME NOW,** Plaintiff Terricia A. Stevenson as Guardian and Conservator for Majestic Howard ("Plaintiff"), by and through her attorney, Louren Oliveros, Gorence and Oliveros, P.C. and Defendant City of Albuquerque ("City Defendant"), by and through its attorney, Deputy City Attorney Stephanie M. Griffin, and pursuant to Fed. R. Civ. P. 41(a)(2), hereby move to dismiss all of Plaintiff's claims set forth in the Complaint with prejudice. As grounds, Plaintiff and City Defendant state that they have mutually agreed to a resolution of this case which includes an agreement that all parties bear their own costs and attorneys' fees. Plaintiff and City Defendant also agree that Plaintiff will not appeal the dismissal of the loss of consortium claims set forth in Count III of the Complaint, Doc. 1, pp. 9-10 that were dismissed by Court Order [See Doc. 133, p. 105 and Doc. 143, p. 89] and that Plaintiff will not appeal the summary judgment rulings granting the dismissal of Defendants Jonathan Franco, Ben Daffron, Joshua Chafin, and Sonny Molina. [See Docs. 133 and 143]

**WHEREFORE**, the parties pray for an order granting the relief requested herein.

Respectfully submitted:


Approved via email on July 22, 2020
Louren Oliveros
Gorence & Oliveros, P.C.
300 Central Avenue SW, Suite 1000E
Albuquerque, NM 87102
Phone: (505) 244-0214 Fax: (505) 244-0888
oliveros@golaw.us

*Attorneys for Plaintiff*

CITY OF ALBUQUERQUE
OFFICE OF THE CITY ATTORNEY

*/s/ Stephanie M. Griffin, Deputy City Attorney*
City of Albuquerque Legal Department
P.O. Box 2248
Albuquerque, NM 87103
(505) 768-4500
sgriffin@cabq.gov

*Attorney for Defendant City of Albuquerque*